IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:24-CR-00330-D-RN-1

UNITED STATES OF AMERICA )  ORDER GRANTING
                         )  DEFENDANT'S UNOPPOSED
v.                       )  MOTION FOR RELEASE OF
                         )  MEDICAL RECORD HELD BY
TRIMAINE RSHAD WILLIAMS,  )  UNITED STATES PROBTION
                         )
        Defendant.       )

This matter comes before the Court on the unopposed motion of Defendant

Trimaine Rshad Williams to authorize the United States Probation Office to release

to the parties the medial records of Mr. Williams that it has obtained during the

presentence investigation.  For good cause shown, the motion is GRANTED.  The

Probation Office shall release to Mr. Williams's counsel and to the attorney for the

United States Mr. Williams's medical records that it has obtained.

SO ORDERED, this the __4__ day of May, 2026.

_____
JAMES C. DEVER III
United States District Judge