IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:24-CR-00330-D-RN-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ORDER GRANTING |
| v. | ) DEFENDANT'S MOTION TO |
| | ) SEAL SENTENCING |
| TRIMAINE RSHAD WILLIAMS, | ) MEMORANDUM |
| | ) |
| Defendant. | ) |

This matter comes before the Court on the motion of Defendant Trimaine Rshad Williams, to seal his proposed sealed sentencing memorandum (DE 63). Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 32.2(j), and therefore the motion to seal should be GRANTED. The sentencing memorandum shall remain under seal.

IT IS SO ORDERED.

This the _1S_ day of July, 2026.

                                    JAMES C. DEVER III
                                    United States District Judge